IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF SEEDORFF MASONRY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ARCHER WESTERN CONSTRUCTION, LLC, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Defendants. | 8:18CV21 <br><br> **ORDER** |

This matter comes before the Court on the parties' Stipulated Motion to Extend the Deposition and Daubert Deadlines (Filing No. 49). After review of the motion, the Court finds good cause to extend such deadlines. Accordingly,

**IT IS ORDERED** that the Stipulated Motion to Extend (Filing No. 49) is granted. The provisions set forth in the Final Progression Order (Filing No. 46) shall remain in effect, except the deposition and *Daubert* deadlines are extended as follows:

1. The deposition deadline is **August 23, 2019**.
2. The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **August 23, 2019**.

Dated this 8th day of July, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge